## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GARY ALFORD,                          )
                                      )
                  Petitioner,         )
vs.                                   )          NO. CIV-17-0628-HE
                                      )
JERRY CHRISMAN, Warden,               )
                                      )
                  Respondant.         )

## ORDER

Petitioner filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2241.
In the petition he challenges misconducts he received, which he claims resulted in the loss
of good time credits. The case was referred to Magistrate Judge Bernard Jones for initial
proceedings under 28 U.S.C. § 636(b)(1)(B) & (C). Judge Jones recommended that the
matter be transferred to the United States District Court for the Eastern District of
Oklahoma, as petitioner was housed in a facility within that district. Petitioner was given
until July 6, 2017 to object to Judge Jones' recommendation, but no objection has been
filed. In the absence of objection,[1] and as the proposed action appears otherwise proper,
the Report and Recommendation is adopted. This case is **TRANSFERRED** to the United
States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED.**

---

[1] *There is some indication petitioner has been released from prison in the meantime and
this case may therefore be moot. Further, petitioner may not have received notice of the Report
as a result. However, as notice was delivered to petitioner's last known address and no change of
address notice has been filed, he is deemed to have received notice. L.Cv.R. 5.4(a)*

Dated this 7th day of July, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE